IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10004-02-STA |
| JAMES AYERS, | ) |
| Defendant. | ) |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on May 22, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, James Ayers, appearing in person, and with counsel, Michael L. Weinman.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 8 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 29, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 22nd day of May, 2017.

<u>s./ S. Thomas Anderson</u>
CHIEF JUDGE, U. S. DISTRICT COURT