**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cr. No. 17-cr-10004-2-STA |
| ) | |
| JAMES AYERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Government has moved this Court to continue the sentencing hearing in the above matter.

Wherefore, for good cause, the Sentencing Hearing is reset to **October 24, 2017** at **10:00AM**.

IT IS SO ORDERED this 21st day of August, 2017.

                                                  s/S. THOMAS ANDERSON
                                                  CHIEF UNITED STATES DISTRICT JUDGE