# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Cr. No. 1:17CR10004 |
| ) | |
| v. ) | |
| ) | |
| JAMES AYERS ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Indictment, the United States seeks forfeiture of property of the defendant pursuant to 21 U.S.C. § 853 property which facilitated the offenses, and substitute assets of property subject to forfeiture.

On May 22, 2017, the defendant, James Ayers, pleaded guilty to Count 8 of the Indictment. Pursuant to an agreement entered into by the parties, and announced in open court, the following assets will be forfeited to the United States:

    a.     A Smith and Wesson .40 caliber pistol, and a Rossi, .38 special caliber revolver

By virtue of said guilty plea, and the agreement of the parties, the United States is entitled to possession of the above-listed property pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty plea of the defendant, the United States is hereby authorized to seize the personal property described as:

    a.     A Smith and Wesson .40 caliber pistol, and a Rossi, .38 special caliber revolver

1

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1), incorporating by reference 21 U.S.C. § 853 (n)(1), to give notice to any third parties which may have an interest in the properties.

3. Any third party claiming an interest in the properties will be addressed and adjudicated according to 21 U.S.C. § 853 (n).

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c) and 21 U.S.C. § 853 (n), in which all interests will be addressed. If no third party claims an interest in the above-referenced, this Order shall become the Final Order of Forfeiture, permanently forfeiting the property to the United States of America.

IT IS SO ORDERED this 24th day of October, 2017.

HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Acknowledged and agreed to by:

Michael Weinman, Attorney for the Defendant

Matthew Wilson, Assistant United States Attorney