IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case Number 1:17 CR-10004-2-STA |
| | ) | |
| JAMES AYERS, | ) | |
| Defendant. | ) | |

---

**ORDER GRANTING DEFENDANT'S MOTION
TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

---

THE COURT, having considered the Defendant's Motion to Continue the Sentencing Hearing currently set in this case, and without objection from the government, finds it is well taken, and it is GRANTED. The hearing shall be reset to Tuesday, June 26, 2018, beginning at 10:00 A.M.

s/S. Thomas Anderson
S. THOMAS ANDERSON, CHIEF JUDGE,
UNITED STATES DISTRICT COURT

DATE: 6/14/2018